**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **POTTSTOWN MEDICAL SPECIALISTS, INC.,**[1] | : | **Case No. 26-13621 (DJB)** |
| | : | |
| **Debtor.** | : | |

**COMPENSATION DISCLOSURE NOTICE OF DEBTOR**
**PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1(b)**

**TO: THE OFFICE OF THE U.S. TRUSTEE, CREDITORS HOLDING SECURED CLAIMS, TWENTY LARGEST UNSECURED CREDITORS, AND FED. R. BANK. P. 2002 PARTIES; NOTICE IS HEREBY GIVEN THAT:**

Pottstown Medical Specialists, Inc. (the "Debtor") compensates its officers and directors as follows:

## I. POSITION, TITLE, AND DUTIES OF OFFICERS AND DIRECTORS

1. **Timothy B. Rimmer.** Timothy B. Rimmer ("Mr. Rimmer") serves as the Debtor's Interim CEO. As the Debtor's Interim CEO, Mr. Rimmer performs the following principal duties:

(a) Manage and oversee all aspects of Debtor's business operations, including (i) strategic and business planning, (ii) financial and accounting management, (iii) banking relations, (iv) billing and revenue cycle management, (v) human resources and benefits/pension plan, information technology and telecommunications, (vi) business and professional liability insurance, (vii) third party contracting and vendor relations, (viii) policy and procedure development and (ix) corporate compliance;

(b) Liaison with professional advisors (legal, accounting and tax); and

(c) Liaison with hospital and other healthcare facilities.

2. **William G. Cano, M.D.** William G. Cano ("Dr. Cano") serves as the Debtor's President and member of its board of directors. Dr. Cano performs the following principal duties:

[1] The last four digits of the Debtor's federal tax identification number are (7171). The Debtor has an address at 351 W. Schuylkill Road, Coventry Square Suite 13, Pottstown, PA 19465-7438.

(a) Evaluate and diagnose patients in subacute and chronic pain caused by osteoarthritis, disc herniations and other injuries to the spine and joints; and

(b) Perform hospital and office-based surgeries and procedures that minimize pain and improve function.

3. **Wade A Brosius, D.O.** Wade A. Brosius ("Dr. Brosius") serves as the Debtor's Chief Medical Officer. Dr. Brosius performs the following principal duties:

(a) Manage and oversee all aspects of Debtor's outpatient-based multispecialty medical group, including (i) quality metric optimization, (ii) standardization of care, (iii) patient safety and risk management, (iv) provider and medical staff governance, (v) operational strategy and departmental growth and (vi) regulatory compliance and accreditation;

(b) Diagnose and treat injuries, illnesses, and other medical conditions while managing overall patient health and preventive care;

(c) Review patient medical histories and perform physical examinations to check vital signs and physical health;

(d) Order, perform, and interpret diagnostic tests such as blood panels, X-rays, and lab screenings to identify medical issues;

(e) Design personalized treatment strategies, prescribe medications, and recommend therapies or lifestyle changes; and

(f) Monitor ongoing patient progress and manage chronic conditions like diabetes, asthma, or high blood pressure.

4. **Birgit Wiswe, M.D.** Birgit Wiswe ("Dr. Wiswe") serves as the Debtor's Vice-President and member of its board of directors. Dr. Wiswe performs the following principal duties:

(a) Diagnose and treat injuries, illnesses, and other medical conditions while managing overall patient health and preventive care;

(b) Review patient medical histories and perform physical examinations to check vital signs and physical health;

(c) Order, perform, and interpret diagnostic tests such as blood panels, X-rays, and lab screenings to identify medical issues;

(d) Design personalized treatment strategies, prescribe medications, and recommend therapies or lifestyle changes; and

(e) Monitor ongoing patient progress and manage chronic conditions like diabetes, asthma, or high blood pressure.

5. **Kenneth C. Bingener, D.O.** Kenneth C. Bingener ("Dr. Bingener") serves as the Debtor's Secretary and member of its board of directors. Dr. Bingener performs the following principal duties:

(a) Diagnose and treat injuries, illnesses, and other medical conditions while managing overall patient health and preventive care;

(b) Review patient medical histories and perform physical examinations to check vital signs and physical health;

(c) Order, perform, and interpret diagnostic tests such as blood panels, X-rays, and lab screenings to identify medical issues;

(d) Design personalized treatment strategies, prescribe medications, and recommend therapies or lifestyle changes; and

(e) Monitor ongoing patient progress and manage chronic conditions like diabetes, asthma, or high blood pressure.

## II. CURRENT COMPENSATION AND BENEFITS PAID TO OFFICERS AND DIRECTORS

1. **Mr. Rimmer.** In consideration for providing the services set forth above, the Debtor provides to Mr. Rimmer salary in the gross amount of $7,692.31 which is paid bi-weekly with all employees, and no other benefits.

2. **Dr. Cano.** In consideration for providing the services set forth above, the Debtor provides to Dr. Cano (a) salary in the gross amount of $20,230.08 which is paid bi-weekly with all employees, and (b) normal and customary benefits provided to all employees which includes health insurance for medical, dental and vision coverage, participation in a traditional 401(k) retirement plan, term life insurance, and accidental death and dismemberment insurance. The health insurance, term life insurance, and accidental death and dismemberment insurance benefits cost the Debtor the sum of $1,176.00 per month.

3. **<u>Dr. Brosius.</u>** In consideration for providing the services set forth above, the Debtor provides to Dr. Brosius (a) salary in the gross amount of $9,210.54 which is paid bi-weekly with all employees, and (b) normal and customary benefits provided to all employees which includes participation in a traditional 401(k) retirement plan, term life insurance, and accidental death and dismemberment insurance. The term life insurance, and accidental death and dismemberment insurance benefits cost the Debtor the sum of $16.00 per month.

4. **<u>Dr. Wiswe.</u>** In consideration for providing the services set forth above, the Debtor provides to Dr. Wiswe (a) salary in the gross amount of $8,334.43 which is paid bi-weekly with all employees, and (b) normal and customary benefits provided to all employees which includes health insurance for medical, dental and vision coverage, participation in a traditional 401(k) retirement plan, term life insurance, and accidental death and dismemberment insurance. The health insurance, term life insurance, and accidental death and dismemberment insurance benefits cost the Debtor the sum of $766.00 per month.

5. **<u>Dr. Bingener.</u>** In consideration for providing the services set forth above, the Debtor provides to Dr. Bingener (a) salary in the gross amount of $8,958.12 which is paid bi-weekly with all employees, and (b) normal and customary benefits provided to all employees which includes health insurance for medical, dental and vision coverage, participation in a traditional 401(k) retirement plan, term life insurance, and accidental death and dismemberment insurance. The health insurance, term life insurance, and accidental death and dismemberment insurance benefits cost the Debtor the sum of $1,176.00 per month.

## III. COMPENSATION AND BENEFITS PAID TO OFFICERS OR DIRECTORS WITHIN ONE YEAR PRIOR TO THE PETITION DATE

| OFFICER | 90 DAYS PRIOR TO PETITION DATE | 180 DAYS PRIOR TO PETITION DATE | 1 YEAR PRIOR TO PETITION DATE |
|---|---|---|---|
| Mr. Rimmer | Mr. Rimmer commenced his employment as a W-2 employee of the Debtor effective at the end of day on August 30, 2026. As of May 26, 2026, Mr. Rimmer was named as Interim CEO, but at that time he was an employee of Rimmer Advisory Group, LLC | N/A | N/A |
| Dr. Cano | Gross salary in the amount of $20,230.08 paid bi-weekly,* and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $1,176.00 per month<br><br>*In order to provide liquidity to fund the Debtor's operations, Dr. Cano agreed to defer his wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | Gross salary in the amount of $20,230.08 paid bi-weekly,* and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $1,176.00 per month<br><br>*In order to provide liquidity to fund the Debtor's operations, Dr. Cano agreed to defer his wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | Gross salary in the amount of $20,230.08 paid bi-weekly, and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $1,176.00 per month |
| Dr. Brosius | Gross salary in the amount of $9,210.54 paid bi-weekly,* and life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $16.00 per month<br><br>*In order to provide liquidity to fund the Debtor's operations, Dr. Brosius agreed to defer his wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | Gross salary in the amount of $9,210.54 paid bi-weekly,* and life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $16.00 per month<br><br>*In order to provide liquidity to fund the Debtor's operations, Dr. Brosius agreed to defer his wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | Gross salary in the amount of $9,210.54 paid bi-weekly, and life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $16.00 per month |
| Dr. Wiswe | Gross salary in the amount of $8,334.43 paid bi-weekly,* and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $766.00 per month | Gross salary in the amount of $8,334.43 paid bi-weekly,* and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $766.00 per month | Gross salary in the amount of $8,334.43 paid bi-weekly, and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $766.00 per month |

| OFFICER | 90 DAYS PRIOR TO PETITION DATE | 180 DAYS PRIOR TO PETITION DATE | 1 YEAR PRIOR TO PETITION DATE |
|---|---|---|---|
| | *In order to provide liquidity to fund the Debtor's operations, Dr. Wiswe agreed to defer her wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | *In order to provide liquidity to fund the Debtor's operations, Dr. Wiswe agreed to defer her wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | |
| Dr. Bingener | Gross salary in the amount of $8,958.12 paid bi-weekly,* and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $1,176.00 per month<br><br>*In order to provide liquidity to fund the Debtor's operations, Dr. Bingener agreed to defer his wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | Gross salary in the amount of $8,958.12 paid bi-weekly,* and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $1,176.00 per month<br><br>*In order to provide liquidity to fund the Debtor's operations, Dr. Bingener agreed to defer his wages starting with the 3/5/26 bi-weekly payroll through and including the payroll paid on 8/20/26 | Gross salary in the amount of $8,958.12 paid bi-weekly, and health, life and accidental death and dismemberment insurance benefits that cost the Debtor the sum of $1,176.00 per month |

**Respectfully submitted,**

**KARALIS PC**

By: /s/ *Aris J. Karalis*

ARIS J. KARALIS
ROBERT M. GREENBAUM
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
akaralis@karalislaw.com
rgreenbaum@karalislaw.com

Dated: September 18, 2026

*Proposed Attorneys for the Debtor*